Catherine Hartong, Appellee, v. John J. Hartong, Appellant.

Gen. No. 10,116.

opinion filed April 18, 1947; rehearing denied June 23, 1947; released for publication June 23, 1947. James W. Faulkner, for appellant; Francis J. Loughran, for appellee; John D. Lynch, of counsel. Opinion by PRESIDING JUSTICE WOLFE. Not to be published in full.